FILED
14-0580
12/31/2014 5:11:51 PM
tex-3632438
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 14-0580

_____

## In the
## Supreme Court of Texas

_____

MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS L.P.,
MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS (BERMUDA) L.P.,
and MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS B, L.P.,
*Petitioners,*

v.

DEUTSCHE BANK SECURITIES USA, INC. and
CREDIT SUISSE SECURITIES (USA) LLC,
*Respondents.*

_____

On Review from the Ninth Court of Appeals,
Beaumont, Texas; Case No. 09-13-00070-CV

_____

**MOTION TO WITHDRAW J. CAMPBELL BARKER AS COUNSEL**

_____

Richard W. Mithoff
State Bar No. 14228500
Sherie P. Beckman
State Bar No. 16182400
Warner V. Hocker
State Bar No. 24074422
MITHOFF LAW FIRM
500 Dallas, Penthouse
Houston, Texas 77002
Tel. 713-654-1122
Fax 713-739-8085

Reagan W. Simpson
State Bar No. 18404700
rsimpson@yettercoleman.com
R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Tel. 713-632-8000
Fax 713-632-8002

To the Honorable Supreme Court of Texas:

Petitioners respectfully request that the Court withdraw J. Campbell Barker (Texas State Bar No. 24049125) as additional counsel for them in this matter. Mr. Barker, who has appeared as counsel for petitioners, is leaving the firm of Yetter Coleman LLP. Reagan W. Simpson of Yetter Coleman LLP remains lead counsel for petitioners. His address, telephone number, fax number, and Texas bar number appear in the signature block below.

Petitioners' counsel has spoken with counsel for the respondents, and respondents do not oppose the requested extension of time.

Based on the foregoing, petitioners respectfully request that this Court grant this motion to withdraw J. Campbell Barker as counsel.

                                        Respectfully submitted,

                                        /s/ Reagan W. Simpson
Richard W. Mithoff                      Reagan W. Simpson
State Bar No. 14228500                  State Bar No. 18404700
Sherie P. Beckman                       R. Paul Yetter
State Bar No. 16182400                  State Bar No. 22154200
Warner V. Hocker                        YETTER COLEMAN LLP
State Bar No. 24074422                  909 Fannin, Suite 3600
MITHOFF LAW FIRM                        Houston, Texas 77010
500 Dallas, Penthouse                   Tel. 713-632-8000
Houston, Texas 77002                    Fax 713-632-8002
Tel. 713-654-1122
Fax 713-739-8085                        *Counsel for Petitioners*

2

**CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. P. 10.1(a)(5), I certify that on December 31, 2014, I conferred with counsel for respondents, and respondents Deutsche Bank Securities USA, Inc. and Credit Suisse Securities (USA) LLC do not oppose this motion.

/s/J. Campbell Barker  
J. Campbell Barker

**CERTIFICATE OF SERVICE**

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), and (e), I certify that I have served this document on all parties listed below on December 31, 2014, via the Court's e-filing system:

David D. Sterling
Danny David
G. Irvin Terrell
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002

Richard W. Clary
Robert H. Baron
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York City, New York 10019

Ray A. Burgess
Hope & Causey, P.C.
100 I-45 North, Suite 600
Conroe, Texas 77305

/s/ Reagan W. Simpson
Reagan W. Simpson